**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DALE B. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-0692 (UNA) |
| | ) | |
| CITY OF HARRISON, ARKANSAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

A *pro se* litigant's pleadings are held to less stringent standards than would be applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, an Arkansas resident, alleges assorted violations of constitutionally-protected rights. According to plaintiff, unknown agents of the federal government have surveilled his

1

activities and obtained and disseminated his personal identifying and medical information; his neighbors (whom plaintiff believes to be government agents) harass him and his wife by blowing whistles at them day and night, hacking their computers, tampering with their mail, and using bioweapons to infect them; and local and state officials have not responded appropriately to their written complaints.  Among other relief, plaintiff demands a declaratory judgment, unspecified monetary damages, and injunctive relief.

Notwithstanding the length of the complaint and the number of offenses it alleges, the Court cannot identify a short and plain statement showing plaintiff's entitlement to the relief he demands.  As drafted, the complaint fails to comply with Rule 8(a), and no defendant can be expected to prepare a proper response to it.  For these reasons, the Court will dismiss the complaint without prejudice and grant plaintiff's application to proceed *in forma pauperis*.  An Order is issued separately.

DATE: April 4, 2022                           /s/
                                              AMIT P. MEHTA
                                              United States District Judge